UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-311 (SHS) |
| -against- | : | ORDER |
| CARLOS MELO, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a status conference in this matter on May 19, 2022, at 11:00 a.m., in Courtroom 23A.

Dated: New York, New York
       May 13, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.