

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 19, 2023

# MEMO ENDORSED

<u>By ECF</u>
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> **Re:** ***United States v. Carlos Fernando Melo*, 21 Cr. 311 (SHS)**

Dear Judge Stein:

The Government respectfully requests that the Court adjourn the remaining pretrial deadlines in the above-captioned case by approximately two weeks, so that the Government may have additional time to respond to the numerous arguments made in the defendant's pretrial motions, which were filed on January 6, 2023. (Dkt. 27-29). The defendant consents to this request.

The Government would propose the following schedule:

- Government's responses due by February 10, 2023 (currently due by January 27, 2023); and
- Defendant's replies due by February 20, 2023 (currently due by February 6, 2023).

Additionally, should the Court grant this request, the Court may also wish to reschedule the upcoming pretrial conference in this case, currently scheduled for February 22, 2023 at 2:30 P.M., for a date that is convenient for the Court.

Accordingly, the Government respectfully requests the adjournments describes above. As noted above, defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:      /s/
Kaylan Lasky / Kyle Wirshba
Assistant United States Attorneys
(212) 637-2315/2493

cc:   Joshua Lewis Dratel, Esq.

**The schedule as set forth in this letter is granted. The conference is adjourned to March 16, 2023, at 11:00 a.m.**

**Dated:  New York, New York**
**January 20, 2023**

SO ORDERED:

Sidney H. Stein, U.S.D.J.

2