UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-311 (SHS) |
| -against- | : | ORDER |
| CARLOS MELO, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The Court has received the parties' third joint request for an extension of the motion schedule in this action. That request [Doc. No. 37] is essentially identical to the requests dated February 8 [Doc. No. 32] and January 19 [Doc. No.30] seeking adjournments.

    IT IS HEREBY ORDERED that there will be a pretrial conference in this matter on Monday, March 6, at 3:00 p.m. Courtroom 23A. The defendant may waive his appearance if he wishes.

Dated: New York, New York
       March 2, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.