

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 10, 2024

**BY ECF**                       **MEMO ENDORSED**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Carlos Fernando Melo*, S1 21 Cr. 311 (SHS)

Dear Judge Stein:

      The Government respectfully submits this letter, with the consent of defense counsel, to request that the Court adjourn the date by which the Government must submit its sentencing submission, from April 15, 2024, to April 24, 2024. The Government is seeking this adjournment so that it may review the U.S. Probation Office's presentence investigation report, which will be issued on April 22, 2024, prior to the Government filing its sentencing submission, but still well in advance of the defendant's sentencing proceeding, which is scheduled for April 29, 2024 at 2:30 p.m.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

           By:     _/s/_____

                        Nicholas Bradley /
                        Kaylan Lasky /
                        Kevin Sullivan
cc: Joshua Lewis Dratel, Esq.      Assistant United States Attorneys
                        (212) 637-1581 / 2315 / 1587

**The request to extend the date to file the sentencing submitted to April 24 is granted.**

**Dated: New York, New York**
    **April 10, 2024**

              **SO ORDERED:**

_____
              **Sidney H. Stein, U.S.D.J.**