UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-311 (SHS) |
| -against- | : | |
| CARLOS MELO, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the defendant is sentenced today to time served on Count 1 in the Superseding Information.

Dated: New York, New York
       April 29, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.