UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    - against -

CARLOS FERNANDO MELO,

        Defendant.

ORDER OF JUDICIAL REMOVAL

S1 21 CR 311 (SHS)

------------------------------X

Upon the application of the United States of America, by Nicholas Bradley, Assistant United States Attorney, Southern District of New York, Kaylan Lasky, Assistant United States Attorney, Southern District of New York, and Kevin Sullivan, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of CARLOS FERNANDO MELO, ("the defendant"), and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

    1.    The defendant is not a citizen or national of the United States.

    2.    The defendant is a native and citizen of Colombia.

    3.    On April 28, 2022, the defendant was paroled into the United States at Westchester Airport in White Plains, New York.

    4.    At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, under Count One of the Superseding Information, charging the defendant with conspiracy to commit money

laundering, in violation of Title 18, United States Code, Section 1956(h).

5. The maximum sentence for this violation is twenty years' imprisonment. 18 U.S.C. § 1956(a)(1)(B); § 1956(a)(3)(B).

6. The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), in that he has been convicted of, or who admits having committed, or who admits committing acts which constitute the essential elements of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime).

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated Colombia as the country for removal, pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Colombia.

Dated: _____4/29_____, 2024

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT COURT JUDGE